

# Fourth Court of Appeals
## San Antonio, Texas

February 8, 2017

No. 04-15-00405-CV

David **GILLESPIE** and Michael O'Brien,
Appellants

v.

A.L. **HERNDEN** and Frederick R. Zlotucha,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-10278
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Marilyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice

The en banc court has considered Appellants' motion for en banc reconsideration. The motion is DENIED. *See* TEX. R. APP. P. 49.7.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of February, 2017.

_____
Keith E. Hottle
Clerk of Court